```
                    FILED
          CLERK, U.S. DISTRICT COURT

               JAN 31 2017

       CENTRAL DISTRICT OF CALIFORNIA
       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> vs. <br> MANUEL MATA <br>                 Defendant. | Case No.: CR 16-697-PA <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist, CA** for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of allegations-alleged use + not reputing to resid. program; no bail resources_

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6      clear and convincing evidence that he/she is not likely to pose
 7      a danger to the safety of any other person or the community if
 8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9      on:_____
10  _____
11  _____
12  _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    1/31/17
18
19                              _____
20                                 UNITES STATES MAGISTRATE JUDGE
21                                         PAUL L. ABRAMS
```